**Order entered September 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01098-CR
### No. 05-14-01100-CR

**JOHN WESLEY PATTERSON III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-82554-05, 416-82555-05**

## ORDER

The Court **GRANTS** appellant's September 19, 2014 motion to extend time to file his motion for rehearing. Appellant's motion for rehearing is due by **MONDAY, OCTOBER 6, 2014**. Any response by the State is due by **MONDAY, OCTOBER 20, 2014**.

We **DIRECT** the Clerk to send a copy of this order to John Wesley Patterson III, TDCJ No. 1375031, Eastham Unit, 2665 Prison Road No. 1, Lovelady, Texas 75851.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Collin County District Attorney's Office.

/s/     MOLLY FRANCIS
        JUSTICE